```
FILED
07 FEB -7 PM 1:28
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES, suing on behalf of David Singletary and its members; and DAVID SINGLETARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PROTEA FLOWER HILL MALL, LLC; BATHE; KIMBERLY KELLY; HAIR EXTENSIONS; MATABOLIFE DISTRIBUTION; MICHAEL SCHELL; MY REALTY BOUTIQUE; JOHN WHARTON; ONE VOICE; JIM MACABULOS; PARADISE GRILLE; PRODUCT ISLAND; STUDIO 111; SAM'S PHO PLACE; JULIAN PENA; TUTTA BELLA CORP, a Nevada Corporation; DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 06 cv 0771 JM (NLS)<br><br>**(low-numbered to 06cv728 BEN (NLS))**<br><br>[PROPOSED] ORDER TO DISMISS ACTION WITHOUT PREJUDICE<br><br>Assigned to The Hon. Roger T. Benitez<br>Complaint Filed: April 5, 2006 |

P:300239.1:07681.003                                                06 cv 00771
[PROPOSED] ORDER TO DISMISS ACTION WITHOUT PREJUDICE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having considered Protea Hill Mall LLC and Julian A. Pena, Jr.'s joint motion |
| 3 | to dismiss this case, and good cause appearing: |
| 4 | IT IS HEREBY ORDERED that pursuant to the terms of the joint motion: this |
| 5 | case shall be dismissed without prejudice. |
| 6 | IT IS SO ORDERED. |
| 7 | DATED: 2/06/07 |

THE HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE